DONOHUE et al., Respondents, v. LAWYERS' ADVERTISING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Philip F. Donohue and another against the Lawyers' Advertising Company. A. P. Massey, for appellant. M. D. Steuer, for respondents. No opinion. Orders reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on Konheim v. Harris, 148 App. Div. 238, 132 N. Y. Supp. 1028. Order filed.

DOPP, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Mary A. Dopp, as administratrix, etc., against the General Electric Company. See, also, infra.
PER CURIAM. The verdict is sustained by the evidence, and we find no error calling for a reversal upon the facts shown. Judgment and order unanimously affirmed, with costs.

DOPP v. GENERAL ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Mary A. Dopp, as administratrix, etc., of Horatio F. Dopp, deceased, against the General Electric Company. No opinion. Motion denied. See, also, supra.

DOWNES v. WENNINGER et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Appeal from Special Term, New York County. Action by Bazena T. Downes against Carolina Wenninger and others. From an order compelling the purchaser to complete his purchase, Edward McKiernan appeals. Order modified and affirmed. William A. Keating, for appellant. John F. Moroney, for respondent.
PER CURIAM. The order appealed from is modified, by striking out the provision requiring the purchaser to pay interest·on the amount of the unpaid purchase price from the 2d of June, 1910. As thus modified, the order is affirmed, without costs.

DRISCOLL, Respondent, v. HAMBURG–AMERICAN LINE, Appellant. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by John Driscoll against the Hamburg-American Line. M. L. Malevinsky, for appellant. S. Pierson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DUCAS, Appellant, v. DUCAS, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Benjamin P. Ducas against Rachel N. Ducas, impleaded with others. E. W. Hatch, for appellant. A. H. Evans, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 35.

DUHAIN, Respondent, v. MERMOD J. & KING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Louis A. Duhain against the Mermod J. & King Company. W. B. Winslow, for appellant. H. W. Unger, for respondent. No opinion. Judgment (73 Misc. Rep. 423, 131 N. Y. Supp. 11) affirmed, with costs. Order filed.

In re DUNN. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of Mary A. Dunn. No opinion. The record now having been filed, the appeal is set down for June 14th, at which time appellant must be ready for argument.

In re DUNN. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of Mary A. Dunn. No opinion. Application denied, without costs.

DYER, Respondent, v. RADERMACHER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by James Dyer against John L. Radermacher. No opinion. Motion denied, with costs. See, also, 148 App. Div. 929, 133 N. Y. Supp. 1119.

EAGAN, Respondent, v. SMYTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Elizabeth B. Eagan against Dora M. Smyth. No opinion. Appeal dismissed, without costs, upon stipulation filed.

EASTON et al., Respondents, v. NEW YORK STATE NAT. BANK, ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by William Easton and others against the New York State National Bank, Albany. No opinion. Judgment and orders unanimously affirmed, with costs.

In re EAST 180TH ST. (Supreme Court, Appellate Division, First Department. April 26, 1912.) In the matter of East 180th Street. No opinion. Motion granted, with $10 costs. Order filed.

EGAN, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by James J. Egan against the Board of Education of New York. N. B. Chadsey, for appellant. C. McIntyre, for respondent. No opinion. Determination and judgment (70 Misc. Rep. 518, 127 N. Y. Supp. 611) affirmed, with costs. Order filed.

EGAN v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Jas. J.